Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, Nevada 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRISCHA MALLORY, | )<br>) |
| Plaintiff, | ) CASE NO. 2:21-cv-00663-CLB<br>) |
| v. | )<br>) **MOTION**<br>) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI[1], ACTING<br>COMMISSIONER OF SOCIAL SECURITY, | ) **PLAINTIFF'S BRIEF**<br>)<br>) |
| Defendant. | )<br>) |

    Plaintiff, Trischa Mallory, by her attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a sixty-day (60) extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed October 14, 2021.

    Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel.

Wherefore, Plaintiff requests an extension from October 14, 2021 up to and including December

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

13, 2021 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly has no objection to this request.

Dated this 8th day of October, 2021.

Respectfully submitted,

IT IS SO ORDERED.

Dated: October 12, 2021

_____
UNITED STATES MAGISTRATE JUDGE

/s/*Hal Taylor*
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, Nevada 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

### Plaintiff's Certificate of Service:

I certify that I caused the Motion for Extension of Time to be served today, October 8th, 2021, by CMECF to Chantal Jenkins, Esq. and Blaine T. Welsh, Esq., who are filing users of the CM/ECF system.

/s/*Hal Taylor*
Hal Taylor, Esq.

2